# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Denis Innovations, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>SPX Corporation,<br><br>              Defendant. | CASE NO. 5:07-cv-00784-RMW<br><br>~~(Proposed)~~<br>ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Hon. Patricia V. Trumbull |

Defendant SPX Corporation ("SPX") moves this Court for entry of an order continuing the Case Management Conference presently set for May 18, 2007, to June 29, 2007. SPX also moves that discovery in this matter be stayed until the Case Management Conference. For the reasons stated in SPX's motion, the motion is granted.

IT IS HEREBY ORDERED THAT the Case Management Conference is rescheduled for June 29, 2007, in accordance with defendant's motion, and discovery in this matter is stayed until the Case Management Conference.

Dated: 5/18/07

_____
United States Magistrate Judge
Patricia V. Trumbull

501377807.1