| | |
|---|---|
| JOEL T. BERES, Bar No. 125890<br>JOHN W. SCRUTON, Bar No. 126313<br>STITES & HARBISON, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, KY  40202-3352<br>Telephone:      502.587.3400<br>Facsimile:       502.587.6391<br>E-mail:            jberes@stites.com<br>                       jscruton@stites.com | PENNY M. COSTA, Bar No. 110373<br>BAKER & HOSTETLER LLP<br>333 South Grand Avenue, Suite 1800<br>Los Angeles, CA  90071-1523<br>Telephone:      213.975.1600<br>Facsimile:       213.975.1740<br>E-mail:            pcosta@bakerlaw.com |
| STEPHANIE R. RENNER, Bar No. 217241<br>STITES & HARBISON, PLLC<br>250 West Main Street, Suite 2300<br>Lexington, KY  40507-1758<br>Telephone:      859.226.2300<br>Facsimile:       859.253.9411<br>E-mail:            srenner@stites.com<br><br>Attorneys for Plaintiff<br>ST. DENIS INNOVATIONS LLC | WILLIAM C. BERGMANN, D.C. Bar No. 434570<br>*pro hac vice*<br>BAKER & HOSTETLER LLP<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036-5304<br>Telephone:      202.861.1500<br>Facsimile:       202.861.1783<br>E-mail:            wbergmann@bakerlaw.com<br><br>Attorneys for Defendant<br>SPX CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/20/07*

| | |
|---|---|
| St. Denis Innovations, LLC,<br><br>                     Plaintiff,<br><br>        v.<br><br>SPX Corporation,<br><br>                     Defendant. | CASE NO. 5:07-cv-00784-RMW-PVT<br><br>()<br>**AGREED ORDER GRANTING IN PART MOTION TO STAY PROCEEDINGS**<br><br>Hon. Ronald M. Whyte |

    This is a patent infringement action in which plaintiff, St. Denis Innovations LLC ("St. Denis"), accuses defendant, SPX Corporation ("SPX"), of infringing U.S. Patent Number 7,012,512 ("the '512 patent").  A Request for Reexamination of the '512 patent was filed by counsel for defendant on May 16, 2007, and is presently pending before the United States Patent and Trademark Office ("PTO") as U.S. Reexam Control No. 90/008,637.

St. Denis and SPX stipulate to staying these proceedings until reexamination proceedings presently before the PTO have been completed except with respect to limited discovery concerning alleged prior art which was submitted to the PTO in the request for reexamination of the '512 patent.

Staying these proceedings except with respect to limited discovery on the alleged prior art which was submitted to the PTO in the request for reexamination of the '512 patent until the PTO completes its reexamination of the patent in suit will conserve judicial resources and will prevent potentially duplicative and conflicting proceedings. This Court will benefit from the PTO's findings regarding the meaning and validity of the claims of the patent in suit and agrees that this action should be stayed until the PTO has completed the reexamination proceedings.

PURSUANT TO STIPULATION, IT IS SO ORDERED that these proceedings are stayed until the PTO has completed its reexamination proceedings; provided, however, that the parties may continue to engage in discovery concerning the alleged prior art which was submitted to the PTO in the request for reexamination of the '512 patent or any other alleged prior art that may arise during the reexamination process before the PTO. Counsel for the parties shall notify the Court when the reexamination proceedings have been completed.

Dated: 6/18/07

*Ronald M. Whyte*
United States M_ _" Judge
Ronald M. Whyte

*The hearing on defendant's motion to stay scheduled for July 6, 2007, is hereby vacated.*

AGREED TO AND TENDERED JOINTLY BY:

Dated: May ___, 2007

| STITES & HARBISON, PLLC | BAKER & HOSTETLER LLP |
| --- | --- |
| JOEL T. BERES | PENNY M. COSTA |
| JOHN W. SCRUTON | WILLIAM C. BERGMANN |
| STEPHANIE R. RENNER | |

_____/s/ Joel T. Beres (with permission)_____  /s/ William C. Bergmann
Joel T. Beres                                                          William C. Bergmann
Attorneys for Plaintiff                                         Attorneys for Defendant
ST. DENIS INNOVATIONS LLC                     SPX CORPORATION