| | |
|---|---|
| Joel T. Beres (Cal.Bar No. 125890) <br> John W. Scruton (Cal. Bar No. 126313) <br> Stites & Harbison, PLLC <br> 400 West Market StreetSuite 1800 <br> Louisville, KY  40202-3352 <br> Telephone:     (502) 587-3400 <br> Facsimile:     (502) 587-6391 <br> Email:  jberes@stites.com <br> Email:  jscruton@stites.com <br><br> Stephanie R. Renner (Cal. Bar No. 217241) <br> Stites & Harbison, PLLC <br> 250 West Main Street, Suite 2300 <br> Lexington, KY 40507-1758 <br> Telephone:     (859) 226-2300 <br> Facsimilie:     (859) 253-9411 <br> Email:  srenner@stites.com <br><br> Attorneys for Plaintiff <br> St. Denis Innovations LLC | Penny M. Costa (Cal. Bar No. 110373) <br> Baker & Hostetler LLP <br> 333 South Grand Avenue, Suite 1800 <br> Los Angeles, CA 90071-1523 <br> Telephone:      (213) 975-1600 <br> Facsimile:      (213) 975-1740 <br> Email:  pcosta@bakerlaw.com <br><br> William C. Bergmann (D.C. Bar No. 424570), *pro hac vice* <br> Baker & Hostetler LLP <br> Washington Square, Suite 1100 <br> 1050 Connecticut Avenue, NW <br> Washington, D.C. 20036-5304 <br> Telephone:      (202) 861-1500 <br> Facsimile:      (202) 861-1783 <br> Email:  wbergmann@bakerlaw.com <br><br> Attorneys for Defendant SPX Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

*E-FILED - 8/3/07*

| | |
|---|---|
| St. Denis Innovations LLC, <br><br>             Plaintiff, <br><br> v. <br><br> SPX Corporation, <br><br>             Defendant. | Case No.  5:07-cv-00784-RMW-PVT <br><br> **() AGREED ORDER CLARIFYING PARTIAL STAY OF PROCEEDINGS** <br><br> Hon. Ronald M. Whyte |

On June 20, 2007, this Court stayed this patent infringement action (with the exception of limited discovery on the issue of prior art) until the United States Patent & Trademark Office ("PTO") completes its reexamination of U.S. Patent No. 7,012,512 (the "'512 Patent"), the patent at issue.  Pursuant to a conference call held on July 24, 2007, with lead counsel Joel T. Beres for St. Dennis Innovations LLC, William C. Bergmann for SPX Corporation, and ADR Program Staff Attorney Robin W. Siefkin, it is hereby stipulated and agreed that the ADR process shall also be stayed pending resolution of the PTO's reexamination of the '512 Patent.  The parties

STITES & HARBISON, PLLC
ATTORNEYS AT LAW
LOUISVILLE

622435

() AGREED ORDER
CLARIFYING PARTIAL STAY OF
PROCEEDINGS 5:07-CV-00784-RMW

1  shall notify the Court upon the completion of the reexamination process and shall hold the ADR
2  session within 90 days thereafter.
3
4  Dated: J '    ), 2007            _____
                                    United States District Judge
5                                   Ronald M. Whyte

STITES &
HARBISON, PLLC
ATTORNEYS AT LAW
LOUISVILLE

622435                       - 2 -              ( ) AGREED ORDER
                                                CLARIFYING PARTIAL STAY OF
                                                PROCEEDINGS 5:07-CV-00784-RMW

Agreed to and tendered jointly this 27th day of July by:

/s/ Joel T. Beres

Joel T. Beres (Cal.Bar No. 125890)
John W. Scruton (Cal. Bar No. 126313)
Stites & Harbison, PLLC
400 West Market StreetSuite 1800
Louisville, KY  40202-3352
Telephone:      (502) 587-3400
Facsimile:       (502) 587-6391
Email:  jberes@stites.com
Email:  jscruton@stites.com

Stephanie R. Renner (Cal. Bar No. 217241)
Stites & Harbison, PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507-1758
Telephone:      (859) 226-2300
Facsimile:       (859) 253-9411
Email:   srenner@stites.com

Attorneys for Plaintiff
St. Denis Innovations LLC

/s/ William C. Bergmann (w/ permission)

Penny M. Costa (Cal. Bar No. 110373)
Baker & Hostetler LLP
333 South Grand Avenue, Suite 1800
Los Angeles, CA 90071-1523
Telephone:       (213) 975-1600
Facsimile:        (213) 975-1740
Email:  pcosta@bakerlaw.com

William C. Bergmann (D.C. Bar No. 424570), *pro hac vice*
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5304
Telephone:       (202) 861-1500
Facsimile:        (202) 861-1783
Email:  wbergmann@bakerlaw.com

Attorneys for Defendant SPX Corporation