UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| St. Denis Innovations LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SPX Corporation,<br><br>    Defendant. | Case No.  5:07-cv-00784-RMW<br><br>()<br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Hon. Ronald M. White |

Pursuant to the parties' stipulation and good cause appearing, it is hereby ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: _____, 2012

_Ronald M. Whyte_
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE